No. 594
### BLOOM & CO. v. Ray et. al
Ohio Appeals, 7th District, Mahoning County.
Decided March 16, 1923

This opinion has not been published except in Abstract.

**LEASE—(1) Damages for withholding possession—(2) Recovery of attorney fees.**

POLLOCK, J.:
#### Epitomized Opinion

Bloom & Co. were occupying a business room in Youngstown under a lease.  Ray and others secured a lease for this room entitling them to possession March 14, 1921.  On that day Ray demanded possession, which was refused.  Judgment in forcible entry and detainer proceedings was secured by Ray against Bloom & Co., who were forced to vacate June 15, 1921.  This action was for the rental value of the room, attorney fees for the forcible entry and detainer action, damages for the salary of a manager and loss of use of merchandise provided for the stock of the store.  Ray secured judgment for $2,250 and a remitter was entered for $47 and judgment affirmed.  The evidence disclosed that

the manager was employed by a corporation of which Ray et al were members and that the corporation was to operate the business in this room. On error, Bloom & Co. contended Ray was not entitled to recover attorney fees, the salary of the manager and the loss of profits. The Court of Appeals in reversing judgment and ordering a new trial held:

1. As no malice is shown, attorney fees cannot be recovered in this case. 81 O. S. 204.

2. The action to recover salary paid by corporation to its manager must be brought in name of corporation, not stockholders, even though all stockholders join in the action. A corporation is an individual entity distinct from the stockholders.

3. The corporation, not the stockholders, must bring the action for damages for loss of profits as the corporation intended to conduct the business.

Attorneys—J. Friedman for Bloom & Co.; H. H. Wickham, for Ray et al.